IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**DEBORAH LAUFER,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　Case No. 1:19-cv-303-AW-GRJ

**HUGHES RESORT, INC., d/b/a
PALMETTO MOTEL and PALMETTO
INN & SUITES,**

    **Defendant.**

_____/

# FINAL ORDER

The parties' joint request for entry of their consent decree (ECF No. 12) is GRANTED. The Consent Decree (ECF No. 12-1) is deemed entered, Plaintiffs' claims are dismissed with prejudice, and the court will retain jurisdiction to enforce the parties' agreement. The clerk will close the file.

SO ORDERED on June 11, 2020.

                                s/ *Allen Winsor*
                                United States District Judge